

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00409-CV

Frederick-Omoyuma **SILVER**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS INC., ET AL**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05365
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On June 17, 2019, appellant filed a notice of appeal. On June 26, 2019, appellant filed an affidavit of inability to pay costs; however, attached to appellant's docketing statement, faxed to this court on June 20, 2019, is an order on ability to afford costs signed by the trial court on June 5, 2019. In the order, the trial court finds appellant is able to afford the costs of court. Accordingly, appellant is required to pay the costs associated with this appeal.

The fee for filing appeals in this court is $205.00. Our records do not reflect payment of the $205.00 fee. Appellant is ORDERED to pay the filing fee no later than two weeks from the date of this order. If appellant fails to pay the filing fee within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.



Keith E. Hottle,
Clerk of Court